I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-17-14

DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT

DEC 17 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RODRICK HILL,

              Petitioner,

    vs.

A.M. GONZALEZ, Warden,

              Respondent.

Case No.  CV 14-5138-CJC (RNB)

**JUDGMENT**

        Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

DATED: December 15, 2014

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE